LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>LOWE'S HIW, INC. DBA LOWE'S; YJK ENTERPRISES, INC.<br><br>    Defendants. | No. CIV.S-05-1956 FCD JFM<br><br>**REQUEST FOR DISMISSAL<br>AND ORDER THEREON** |

Request for Dismissal and Order Thereon                                   Martinez v. Lowe's
                                                                          Case No. CIV.S-05-1956 FCD JFM

PDF created with pdfFactory trial version www.pdffactory.com

TO THE COURT AND ALL PARTIES:

Plaintiff, TONY MARTINEZ, requests the Court dismiss the above entitled action, without prejudice, **as to YJK ENTERPRISES, INC. only.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant YJK ENTERPRISES, INC.

Dated: December 5, 2005          LAW OFFICES OF LYNN HUBBARD

                                             /s/ LYNN HUBBARD, ESQUIRE          /
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: December 6, 2005          THARPE & HOWELL

                                             Signature on file                                  /
GENE SHARAGA, ESQ.
DANIEL STEVENS, ESQ.
Attorney for Defendant LOWE'S HIW, INC.

IT IS SO ORDERED

Dated: December 15, 2005

                                             /s/ Frank C. Damrell Jr.
Judge of the District Court

PDF created with pdfFactory trial version www.pdffactory.com