1 **LAW OFFICES OF LYNN HUBBARD, III**
LYNN HUBBARD, III (CA SBN 69773)
2 SCOTTLYNN J. HUBBARD (CA SBN 212970)
12 Williamsburg Lane
3 Chico, California 95926
Telephone:     (530) 895-3252
4 Facsimile:      (530) 894-8244

5 Attorneys for Plaintiff
TONY MARTINEZ
6

7 **THARPE & HOWELL**
8 GENE B. SHARAGA (CA SBN 131661)
DANIEL R. STEVENS (CA SBN 223285)
9 15250 Ventura Blvd., Ninth Floor
Sherman Oaks, CA 91403
10 Telephone:     (818) 205-9955
Facsimile:      (818) 205-9944
11

12 Attorneys for Defendant
LOWE'S HIW, INC., erroneously sued and served as
13 LOWES HIW, Inc. dba LOWE'S

14

15                UNITED STATES DISTRICT COURT

16                EASTERN DISTRICT OF CALIFORNIA

17

| TONY MARTINEZ, | Case No. 2:05-CV-01956-FCD-JFM |
|---|---|
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL OF LAWSUIT WITH PREJUDICE AND ORDER THEREON [Fed. R. Civ. P. 41(a)(1)(ii)]** |
| v. | |
| LOWE'S HIW, INC., et al. | Complaint Filed: September 27, 2005 |
| Defendants. | Honorable Frank C. Damrell, Jr. |

# JOINT STIPULATION

WHEREAS, plaintiff Tony Martinez ("Plaintiff") filed his Complaint against Defendant Lowe's HIW, Inc., erroneously sued and served as LOWES HIW, Inc. dba LOWE'S on September 27, 2005;

WHEREAS, Plaintiff and Defendant have entered into a Settlement Agreement and General Release providing for dismissal of the Complaint with prejudice, with each party to bear his and its own attorneys' fees and costs;

**THEREFORE, IT IS SO STIPULATED** by and between Plaintiff and Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that:

(i) the Complaint, in its entirety, is dismissed with prejudice; and

(ii) each party shall bear his and its own attorneys' fees and costs incurred in connection with this action.

Dated: September ___, 2006     **THARPE & HOWELL**

By: _____
GENE B. SHARAGA (CA SBN 131661)
DANIEL R. STEVENS (CA SBN 223285)

Attorneys for Defendant
LOWE'S HIW, INC., erroneously sued and served as
LOWES HIW, INC. dba LOWE'S


Dated: September ___, 2006     **LAW OFFICES OF LYNN HUBBARD**

By: _____
Lynn Hubbard, III, Esq.

Attorneys for Plaintiff
TONY MARTINEZ

1

**JOINT STIPULATION OF DISMISSAL OF LAWSUIT WITH PREJUDICE AND ORDER THEREON**
**[Fed. R. Civ. P. 41(a)(1)(ii)]**

## **ORDER ON STIPULATION FOR DISMISSAL**

Having read the foregoing Stipulation, and good cause appearing therefore, the Court GRANTS the Stipulation and dismisses the above-captioned action with prejudice, with each party to bear his and its own attorneys' fees and costs.

IT IS SO ORDERED.

Date: September 8, 2006          /s/ Frank C. Damrell Jr.
                                 The Honorable Frank C. Damrell, Jr.
                                 Judge of the District Court